IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 17-05104-DSC13 |
| MONIQUE MARSHA BROWN, ) | |
| SSS: ###-##-2914 ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The Debtor is not paying as proposed in the plan.

2. The plan payments proposed by the Debtor are insufficient to fund the plan. The Trustee recommends payments of $313.00 biweekly to pay the proposed plan within 5 years .

3. However, the recommended payments are not feasible as required by 11 U.S.C. § 1325(a)(6) because they exceed the projected disposable income listed in the Debtor's schedules.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

Bradford W. Caraway
Chapter 13 Standing Trustee

By: /s/Mary Frances Fallaw
Mary Frances Fallaw
Staff Attorney
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

KM

CERTIFICATE OF SERVICE

    I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 8th day of January 2018:

BOND, BOTES, REESE & SHINN, P.C.
ECFBIRMINGHAM@BONDNBOTES.COM

MONIQUE MARSHA BROWN
3350 STONEY BROOK TRAIL
APARTMENT 201
FULTONDALE, AL 35068

                                            /s/Mary Frances Fallaw
                                            Staff Attorney

KM