United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 17-05104-DSC
Monique Marsha Brown  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-2    User: ltumlin    Page 1 of 1    Date Rcvd: Aug 07, 2018
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9597661    +E-mail/PDF: cbp@onemainfinancial.com Aug 08 2018 03:17:07    OneMain, PO Box 3251, Evansville, IN 47731-3251
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
    Bradford W. Botes    on behalf of Debtor Monique Marsha Brown
    pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;9382390420@filings.docketbird.com
    Bradford W. Caraway    ctmail@ch13bham.com, bhamch13@ecf.epiqsystems.com
    TOTAL: 2

2100 B (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ALABAMA
Case No. 17-05104-DSC13
Chapter 13

In re: Debtor(s) (including Name and Address)

Monique Marsha Brown
3350 Stoney Brook Trail
Apartment 201
Fultondale AL 35068

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/07/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: OneMain, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/09/18

Joseph E. Bulgarella
**CLERK OF THE COURT**